# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2007 JUN -4 PM 4: 09
TEXAS-EASTERN
BY_____

| | |
|---|---|
| CHRISTA R. FIELDS | § |
| | § |
| V. | § CASE NO. 4:06cv2 |
| | § (Judge Schell/Judge Bush) |
| Commissioner of Social | § |
| Security Administration | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action for judicial review of the administrative denial of social security disability insurance benefits and supplemental security income, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On April 25, 2007, the Magistrate Judge entered a Report containing his proposed findings of fact and recommendation that the decision of the Commissioner be reversed and remanded.

As neither party has filed objections to the Report and Recommendation, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the decision of the Commissioner shall be **REVERSED AND REMANDED.**

**SIGNED** this 31st day of May, 2007.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE